John T. Steinkamp
5214 S. East Street, Suite D1,
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320

**John T. Steinkamp & Associates
Attorneys at Law**

# Fax

| | | | |
|---|---|---|---|
| To | Convergent Outsourcing | From: | John Steinkamp |
| Fax | 206-223-5317 | Pages | 3 (including Cover Letter) |
| Date: | 2/22/2018 | | |
| Re: | Terri Jean Williams xxx-xx-2861 | CC: | |

( Urgent    ( For Review    ( Please Comment    ( Please Reply    ( Please Recycle)

Comments:

A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code

EXHIBIT 2



# JOHN STEINKAMP
## & ASSOCIATES

A Professional Corporation
www.johnsteinkampandassociates.com

February 22, 2018

Convergent Outsourcing
**VIA FACSIMILE ONLY**
206-223-5317

Name:    Terri Jean Williams
Address:
Social Sec.:    xxx-xx-2861

Dear Sir or Madam:

    Please be advised that the consumer debtor/client(s) referenced above has retained the services of John Steinkamp & Associates to assist in the matter of debt relief. The purpose of this letter is to provide you with written notice that our client(s) is in fact and in law represented by my office **for all debts that he/she may have**. <u>**As a result of this notice, and pursuant to Section 1692(b)(5) of Title 15 of the United States Code and Section Statutes, you are to immediately terminate any further direct or indirect contacts with our client.**</u> Please note that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means. This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

    **Upon receipt of this letter, any further direct or indirect contacts with our client will result in our office filing a claim against you pursuant to applicable state and/or federal laws.**

    Please be advised that my client disputes the debt(s) upon which you are attempting to collect.

    Please direct **all** future communications to this office. Thank you for your time and attention.

    Sincerely,

    /s/ John T. Steinkamp
    John Steinkamp
    Attorney at Law

**5214 S. East Street, (U.S. 31 South) Suite D1, Indianapolis, Indiana 46227**
Telephone: 317-780-8300    Facsimile: 317-217-1320
A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code