UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## AFFIDAVIT OF PLAINTIFF

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.
2. I have personal knowledge of the matters contained in this affidavit.
3. I am a consumer.
4. I incurred an alleged debt primarily for personal, family, or household purposes.
5. Upon information and belief, the Defendant is a debt collection agency.
6. The Defendant attempted to collect an alleged debt from me.
7. My credit report contains a debt that the Defendant is attempting to collect on behalf of its client or itself.
8. A copy of the relevant page(s) of my credit is attached hereto as *Exhibit "A"*.
9. My credit report does not show that this debt is disputed.

I affirm under penalty of perjury that the foregoing representations are true and correct.

_____
Terri Williams

