

# Credit Profile Report

Williams,Terri ▌

### Applicant

07/31/2019 – 08:07:28 AM CT

## Personal Information

Best Name

TERRI WILLIAMS



**EXHIBIT**

A

* CONVERGENT OUTSOURCING / 0980304 / YC - Other Collection Agencies

| | Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| | 02/08/2017 | $177 | 04/2017 | $177 | | 07/20/2019 | $177 |

| Account Condition: | | | Account #: | 1748 |
|---|---|---|---|---|
| Payment Status: | Seriously past due | | Responsibility: | Individual |
| Account Type: | Collection Department/Agency/Attorney | | Account Terms: | 1 Month |

Case 1:19-cv-04766-JMS-DLP   Document 1-4   Filed 12/03/19   Page 3 of 3 PageID #: 13

| Payment History:<br>(Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | 9 | 9 | 9 | 9 | 9 | 9 |
| 2018 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| 2019 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | | | | | |

| Delinquency Counter:<br>(Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 28 |

Worst Delinquency:   Collections
Worst Delinq Date:   06/01/2017
Months Reviewed:     28

Note:          Original creditor: COMCAST